IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GIFT DIVINE-ALLAH,

    Plaintiff,      No. CIV S-09-3447 GGH P

  vs.

SCHWARZENEGGER, et al.,

    Defendants.      <u>ORDER</u>

_____/

    On January 4, 2010, plaintiff filed his consent to the jurisdiction of the undersigned (docket #5). By order filed January 14, 2010, the court granted plaintiff twenty-eight days to file an amended complaint. In the January 14th order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

    For the reasons given in the January 14, 2010, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: March 15, 2010

                      /s/ Gregory G. Hollows

                      GREGORY G. HOLLOWS
                      UNITED STATES MAGISTRATE JUDGE

GGH:035
divi3447.fta

1